■ WILLIAM MORAN et al., Respondents, v CITY OF SYRACUSE, Defendant, and CONDREN REALTY MANAGEMENT CORP. et al., Appellants. [916 NYS2d 570]—Appeal from an order of the Supreme Court, Onondaga County (Anthony J. Paris, J.), entered February 23, 2010 in a personal injury action. The order denied the motion of defendants Condren Realty Management Corp., Syracuse Intown Houses, Inc., and Townsend Tower Associates for summary judgment.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on January 3, 2011,

It is hereby ordered that said appeal is dismissed without costs upon stipulation.

All concur except Pine, J., who is not participating. Present—Centra, J.P., Carni, Sconiers and Pine, JJ.

■ ROBERT GREEN et al., Respondents, v C.O. FALTER CONSTRUCTION CORP. et al., Appellants. [916 NYS2d 571]—Appeal from an order of the Supreme Court, Erie County (Diane Y. Devlin, J.), entered January 6, 2010. The order, insofar as appealed from, denied in part the cross motion of defendants for summary judgment.

Now, upon the stipulation of discontinuance of action signed by the attorneys for the parties on November 30 and December 3, 2010, and filed in the Erie County Clerk's Office on January 12, 2011,

It is hereby ordered that said appeal is dismissed without costs upon stipulation.

All concur except Pine, J., who is not participating. Present—Centra, J.P., Carni, Sconiers and Pine, JJ.